# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

TRIMAINE BALLARD                              CIVIL ACTION NO. 20-0271

                                             SECTION P

VS.

                                             JUDGE TERRY A. DOUGHTY

SHERIFF JAY RUSSELL, ET AL.                  MAG. JUDGE KAREN L. HAYES

## JUDGMENT

The Report and Recommendation [4] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Trimaine Ballard's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 9th day of April, 2020.

Terry A. Doughty
United States District Judge